AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tristan Chandler Stevens<br><br>Date of Birth: XXXXXXXX<br>*Defendant(s)* | Case: 1:21-mj-00198<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 2/3/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 118 U.S.C. § 111(b) | Assaulting, resisting, or impeding certain officers or employees; |
| 18 U.S.C. § 231(a)(3) | Civil Disorder; |
| 18 U.S.C. § 1752(a) & (b) | Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Steven A. Weatherhead, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/03/2021

_____
*Judge's signature*

City and state: Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*