UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

## WAIVER OF APPEARANCE

The defendant, TRISTAN CHANDLER STEVENS, pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure, waives his right to appear at the December 17, 2021, status conference and arraignment on the Fifth Superseding Indictment.

Mr. Stevens has received a copy of the Fifth Superseding Indictment and reviewed it with counsel. He understands the general nature of the charges alleged therein including the maximum possible penalties.

Mr. Stevens enters a plea of not guilty as to each count against him in the Fifth Superseding Indictment and requests a jury trial on all counts.

Mr. Stevens has discussed with counsel his right to be present for the status conference and arraignment, and as indicated by his signature below, Mr. Stevens

waives his right to be present in Court for that purpose.

_____  Date: 12-19-21
TRISTAN STEVENS

_____  Date: 12-9-21
LAUREN COBB
Attorney for Tristan Stevens

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Lauren Cobb
LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org