UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                 **Case No. 21-cr-40/TNM**

**TRISTAN CHANDLER STEVENS,**

    **Defendant.**
_____/

## MOTION TO ADOPT AND JOIN
## DEFENDANT JUDD'S MOTION TO SEVER

The defendant, TRISTAN CHANDLER STEVENS, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Sever. ECF No. 206. The law and arguments presented therein apply equally to Mr. Stevens' case. To the extent that the motion is fact-specific to Mr. Judd only, Mr. Stevens supplements with the following facts:

Mr. Stevens is alleged to have participated in acts involving two of his eight co-defendants, Mr. Judd (Counts 16 and 33) and Mr. McCaughey (Count 14). ECF No. 179. In his most serious charge, Mr. Stevens is alleged to have used a shield to push against a line of officers (Count 21). *Id.*

WHEREFORE, the defendant, TRISTAN CHANDLER STEVENS, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Sever.

RESPECTFULLY SUBMITTED this 23rd day of March, 2022.

   /s/ Lauren Cobb
LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

   /s/ Lauren Cobb
LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org