**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-cr-40-TNM** |
| | **:** | |
| | **:** | |
| **TRISTAN C. STEVENS** | **:** | |
| **Defendants.** | **:** | |

**UNITED STATES' RESPONSE TO MOTION TO MODIFY**
**CONDITIONS OF PRETRIAL RELEASE**

The United States of America hereby responds to defendant Tristan Stevens ("defendant Stevens") motion to modify conditions of pretrial release. ECF No. 280. Given the recent reports from the Pretrial Services Agency, the government does not object to the modification of conditions. ECF No. 276, 229. The government requests that all other conditions, except for the GPS monitoring requirement, remain in place.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:      /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
Capitol Siege Section
D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov