UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

## MOTION TO ADOPT AND JOIN MOTIONS FILED BY CO-DEFENDANT

The defendant, TRISTAN CHANDLER STEVENS, through counsel, respectfully requests that the Court allow him to adopt and join the following motions:

1. Defendant Klein's Motion in Limine, ECF No. 310.

2. Defendant Judd's Motion for Jury Questionnaire, ECF No. 317.

The purpose of this motion is to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

RESPECTFULLY SUBMITTED this 3rd day of June, 2022.

                                      */s/ Lauren Cobb*
                                      LAUREN COBB
                                      Florida Bar No. 52022
                                      Attorney for Defendant
                                      3 W. Garden Street, Ste. 200
                                      Pensacola, FL 32502
                                      (850) 432-1418
                                      Lauren_Cobb@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *Lauren Cobb*
LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org