UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

### TRISTAN STEVENS' RESPONSE TO THE GOVERNMENT'S MOTIONS IN LIMINE, ECF NOS. 313, 314, AND 321

Tristan Stevens, through undersigned counsel, hereby responds to the government's motions in limine, ECF Nos. 313, 314, and 321:

Mr. Stevens does not object to the government's request to limit cross-examination of secret service witnesses. ECF No. 313. Nor does he object to the government's request to limit evidence about the specific locations of U.S. Capitol Police surveillance cameras. ECF No. 314.

Regarding the government's motion in limine to preclude any claim of self-defense, Mr. Stevens agrees that if he intends to assert self-defense at trial, he will first proffer facts that would permit the Court to decide whether he is entitled to assert self-defense as a matter of law. ECF No. 321.

RESPECTFULLY SUBMITTED this 1st day of July 2022.

          */s/ Lauren Cobb*
LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

          */s/ Lauren Cobb*
LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org