UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

## TRISTAN STEVENS' MOTION TO ADOPT AND JOIN MORSS' (ECF NO. 355) AND JUDD'S (ECF NO. 358) MOTIONS TO COMPEL

Tristan Stevens, through counsel, moves the Court, to permit him to join defendant Robert Morss' Motion to Compel Communications between the Department of Justice and the House Select Committee. ECF No. 355. In addition to those communications, Mr. Stevens also moves the Court to allow him to join defendant Judd's request to compel the government to disclose the transcripts of witnesses produced in connection with the Committee Hearings. ECF No. 358.

On June 23, 2022, counsel for Mr. Judd sent the government a written request for the transcripts. On that same day counsel for Mr. Stevens joined via email in that request. The government has not yet responded. Undersigned counsel understands from public filings that the government has acknowledged the transcripts are discoverable and will be producing the transcripts in another January 6 case. *See United*

*States v. Nordean et al.,* 1:21CR175, ECF No. 414. Mr. Stevens moves the Court to order the same production in the instant case.

Wherefore, Mr. Stevens moves the Court to permit him to join and adopt defendant Morss' Motion to Compel and to join and adopt defendant Judd's supplemental request for witness depositions and transcripts produced in connection with the House Select Committee's January 6 hearings.

RESPECTFULLY SUBMITTED this 1st day of July 2022.

                                               */s/ Lauren Cobb*
                                               LAUREN COBB
                                               Florida Bar No. 52022
                                               Attorney for Defendant
                                               3 W. Garden Street, Ste. 200
                                               Pensacola, FL 32502
                                               (850) 432-1418
                                               Lauren_Cobb@fd.org