# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-40 (TNM) |
| v. | : | |
| **PATRICK MCCAUGHEY, ET. AL.,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States, by and through the United States Attorney, hereby files the signed waivers of jury trial for each defendant in the Group I trial for *United States v. Patrick McCaughey, et. al.* The waivers are attached to this filing as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: ___/s/___
KIMBERLY L. PASCHALL
Assistant United States Attorney
Capitol Siege Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov