UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                                      Case No. 21-cr-40/TNM

PATRICK MCCAUGHEY III et al.,

    **Defendant.**

_____/

## **DEFENDANT STEVENS' RESPONSE TO ECF NO. 422**

The defendant, TRISTAN CHANDLER STEVENS, by and through his undersigned counsel responds to the government's proposed elements of the offenses contained in ECF No. 422:

Mr. Stevens objects to the government's definition of "deadly or dangerous weapon," ECF No. 422 at 12, and instead proposes the following definition based on Mr. Stevens' alleged use of a shield, an object that is not inherently deadly or dangerous:

> An object is a deadly or dangerous weapon if (1) the object is capable of causing serious bodily injury or death, and (2) the defendant used the object in in a manner that is likely to cause serious bodily injury or death.[1]

Otherwise, Mr. Stevens accepts the government's proposed elements of the offenses listed in ECF No. 422.

---

[1] *United States v. Arrington*, 309 F.3d 40, 45 (DC Cir. 2002).

RESPECTFULLY SUBMITTED this 23rd day of August, 2022.

                               _/s/ Lauren Cobb_
                               LAUREN COBB
                               Florida Bar No. 52022
                               Attorney for Defendant
                               3 W. Garden Street, Ste. 200
                               Pensacola, FL 32502
                               (850) 432-1418
                               Lauren_Cobb@fd.org