**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-40 (TNM)** |
| **v.** | : | |
| | : | |
| **PATRICK MCCAUGHEY, et. al.,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF FILING REGARDING DEADLY AND DANGEROUS WEAPON**
**INSTRUCTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, with consent of counsel for defendant Patrick McCaughey and defendant Tristan Stevens, hereby submits the proposed instruction on deadly and dangerous weapon. See Attachment A. This instruction was given by the Hon. Judge Amit P. Mehta in *United States v. Thomas Webster*, 21-cr-208 (APM). The parties agree to the use of this instruction in the present case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   ___/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
Capitol Siege Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov