UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-40-2 (TNM) |
| v. : | |
| : | |
| TRISTAN CHANDLER STEVENS, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that this Court grant a continuance of defendant Tristan Stevens' sentencing hearing currently scheduled for February 3, 2023, until at least March 3, 2023. Furthermore, the government respectfully requests that this Court continue the deadlines for the response to the presentence investigation report currently due on January 13, 2023, and the submission of sentencing memoranda currently due on January 27, 2023. The government has conferred with counsel for defendant, and defense consents to this motion.

The government requires additional time to prepare the appropriate response to the presentence report and sentencing memorandum in this case. On December 30, 2022, pretrial services filed the draft presentence investigation report for defendant Tristan Stevens. ECF No. 503. Despite undersigned counsel's best efforts to complete the government's response to the presentence report and sentencing memoranda with sufficient time for supervisory review and approval, shortly after the holidays undersigned counsel became ill with respiratory syncytial virus (RSV), and was unable to spend the requisite effort to meet the current deadlines. As such, we respectfully request that the Court continue the sentencing date until at least March 3, 2023, and adjust the accompanying deadlines accordingly.

1

Dated: January 12, 2023.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

        BY:   /s/
        ASHLEY AKERS
        Trial Attorney
        Capitol Siege Section
        MO Bar No. 69601
        601 D Street, N.W.
        Washington, D.C. 20530
        202-353-0521
        Ashley.Akers@usdoj.gov