| | | | | | |
|---|---|---|---|---|---|
| | CRIMINAL CASELOAD STATISTICS* JANUARY 6, 2020 THROUGH JANUARY 6, 2022 CHARGE 18 USC 111** DEFENDANTS FILED, CASES FILED | | | CRIMINAL CASELOAD STATISTICS* JANUARY 6, 2020 THROUGH JANUARY 31, 2023 CHARGE 18 USC 111** GUILTY DEFENDANTS*** | |
| DISTRICT | DEFENDANTS FILED | CASES FILED | | DISTRICT | GUILTY DEFENDANTS |
| ALABAMA MIDDLE | 0 | 0 | | ALABAMA MIDDLE | 1 |
| ALABAMA NORTHERN | 1 | 1 | | ALABAMA NORTHERN | 2 |
| ALABAMA SOUTHERN | 2 | 2 | | ALABAMA SOUTHERN | 2 |
| ALASKA | 1 | 1 | | ALASKA | 1 |
| ARIZONA | 45 | 45 | | ARIZONA | 38 |
| ARKANSAS EASTERN | 5 | 5 | | ARKANSAS EASTERN | 2 |
| ARKANSAS WESTERN | 1 | 1 | | ARKANSAS WESTERN | 2 |
| CALIFORNIA CENTRAL | 22 | 22 | | CALIFORNIA CENTRAL | 11 |
| CALIFORNIA EASTERN | 1 | 1 | | CALIFORNIA EASTERN | 0 |
| CALIFORNIA NORTHERN | 1 | 1 | | CALIFORNIA NORTHERN | 0 |
| CALIFORNIA SOUTHERN | 72 | 71 | | CALIFORNIA SOUTHERN | 81 |
| COLORADO | 12 | 12 | | COLORADO | 11 |
| CONNECTICUT | 2 | 2 | | CONNECTICUT | 2 |
| DELAWARE | 0 | 0 | | DELAWARE | 0 |
| DISTRICT OF COLUMBIA | 154 | 119 | | DISTRICT OF COLUMBIA | 18 |
| FLORIDA MIDDLE | 8 | 8 | | FLORIDA MIDDLE | 7 |
| FLORIDA NORTHERN | 2 | 2 | | FLORIDA NORTHERN | 2 |
| FLORIDA SOUTHERN | 9 | 9 | | FLORIDA SOUTHERN | 5 |
| GEORGIA MIDDLE | 0 | 0 | | GEORGIA MIDDLE | 0 |
| GEORGIA NORTHERN | 7 | 7 | | GEORGIA NORTHERN | 4 |
| GEORGIA SOUTHERN | 7 | 6 | | GEORGIA SOUTHERN | 6 |
| GUAM | 0 | 0 | | GUAM | 0 |
| HAWAII | 4 | 4 | | HAWAII | 1 |
| IDAHO | 6 | 5 | | IDAHO | 4 |
| ILLINOIS CENTRAL | 1 | 1 | | ILLINOIS CENTRAL | 1 |
| ILLINOIS NORTHERN | 4 | 4 | | ILLINOIS NORTHERN | 0 |
| ILLINOIS SOUTHERN | 3 | 3 | | ILLINOIS SOUTHERN | 2 |
| INDIANA NORTHERN | 1 | 1 | | INDIANA NORTHERN | 0 |
| INDIANA SOUTHERN | 1 | 1 | | INDIANA SOUTHERN | 0 |
| IOWA NORTHERN | 0 | 0 | | IOWA NORTHERN | 0 |
| IOWA SOUTHERN | 5 | 5 | | IOWA SOUTHERN | 5 |
| KANSAS | 14 | 10 | | KANSAS | 6 |
| KENTUCKY EASTERN | 7 | 7 | | KENTUCKY EASTERN | 6 |
| KENTUCKY WESTERN | 3 | 3 | | KENTUCKY WESTERN | 1 |

| District | Count | Count | District | Count |
|---|---|---|---|---|
| LOUISIANA EASTERN | 1 | 1 | LOUISIANA EASTERN | 0 |
| LOUISIANA MIDDLE | 0 | 0 | LOUISIANA MIDDLE | 0 |
| LOUISIANA WESTERN | 4 | 4 | LOUISIANA WESTERN | 3 |
| MAINE | 2 | 2 | MAINE | 2 |
| MARYLAND | 3 | 3 | MARYLAND | 2 |
| MASSACHUSETTS | 1 | 1 | MASSACHUSETTS | 0 |
| MICHIGAN EASTERN | 5 | 5 | MICHIGAN EASTERN | 3 |
| MICHIGAN WESTERN | 8 | 7 | MICHIGAN WESTERN | 6 |
| MINNESOTA | 4 | 4 | MINNESOTA | 4 |
| MISSISSIPPI NORTHERN | 4 | 4 | MISSISSIPPI NORTHERN | 3 |
| MISSISSIPPI SOUTHERN | 12 | 12 | MISSISSIPPI SOUTHERN | 8 |
| MISSOURI EASTERN | 12 | 11 | MISSOURI EASTERN | 8 |
| MISSOURI WESTERN | 7 | 7 | MISSOURI WESTERN | 6 |
| MONTANA | 1 | 1 | MONTANA | 3 |
| NEBRASKA | 16 | 13 | NEBRASKA | 12 |
| NEVADA | 5 | 5 | NEVADA | 2 |
| NEW HAMPSHIRE | 1 | 1 | NEW HAMPSHIRE | 0 |
| NEW JERSEY | 5 | 5 | NEW JERSEY | 2 |
| NEW MEXICO | 43 | 38 | NEW MEXICO | 26 |
| NEW YORK EASTERN | 0 | 0 | NEW YORK EASTERN | 1 |
| NEW YORK NORTHERN | 4 | 4 | NEW YORK NORTHERN | 4 |
| NEW YORK SOUTHERN | 5 | 5 | NEW YORK SOUTHERN | 1 |
| NEW YORK WESTERN | 1 | 1 | NEW YORK WESTERN | 1 |
| NORTH CAROLINA EASTERN | 7 | 6 | NORTH CAROLINA EASTERN | 3 |
| NORTH CAROLINA MIDDLE | 1 | 1 | NORTH CAROLINA MIDDLE | 0 |
| NORTH CAROLINA WESTERN | 5 | 5 | NORTH CAROLINA WESTERN | 3 |
| NORTH DAKOTA | 15 | 15 | NORTH DAKOTA | 11 |
| NORTHERN MARIANA ISLANDS | 0 | 0 | NORTHERN MARIANA ISLANDS | 0 |
| OHIO NORTHERN | 14 | 13 | OHIO NORTHERN | 11 |
| OHIO SOUTHERN | 3 | 3 | OHIO SOUTHERN | 4 |
| OKLAHOMA EASTERN | 10 | 2 | OKLAHOMA EASTERN | 6 |
| OKLAHOMA NORTHERN | 2 | 2 | OKLAHOMA NORTHERN | 1 |
| OKLAHOMA WESTERN | 4 | 4 | OKLAHOMA WESTERN | 4 |
| OREGON | 35 | 35 | OREGON | 7 |
| PENNSYLVANIA EASTERN | 6 | 6 | PENNSYLVANIA EASTERN | 4 |
| PENNSYLVANIA MIDDLE | 6 | 6 | PENNSYLVANIA MIDDLE | 4 |
| PENNSYLVANIA WESTERN | 1 | 1 | PENNSYLVANIA WESTERN | 1 |
| PUERTO RICO | 8 | 8 | PUERTO RICO | 7 |
| RHODE ISLAND | 0 | 0 | RHODE ISLAND | 0 |
| SOUTH CAROLINA | 1 | 1 | SOUTH CAROLINA | 0 |
| SOUTH DAKOTA | 55 | 54 | SOUTH DAKOTA | 52 |
| TENNESSEE EASTERN | 3 | 3 | TENNESSEE EASTERN | 1 |

| | | | | | |
|---|---|---|---|---|---|
| TENNESSEE MIDDLE | 2 | 1 | | TENNESSEE MIDDLE | 0 |
| TENNESSEE WESTERN | 13 | 13 | | TENNESSEE WESTERN | 11 |
| TEXAS EASTERN | 6 | 6 | | TEXAS EASTERN | 5 |
| TEXAS NORTHERN | 10 | 10 | | TEXAS NORTHERN | 9 |
| TEXAS SOUTHERN | 64 | 60 | | TEXAS SOUTHERN | 66 |
| TEXAS WESTERN | 59 | 54 | | TEXAS WESTERN | 47 |
| UTAH | 9 | 9 | | UTAH | 5 |
| VERMONT | 3 | 3 | | VERMONT | 2 |
| VIRGIN ISLANDS | 0 | 0 | | VIRGIN ISLANDS | 0 |
| VIRGINIA EASTERN | 5 | 5 | | VIRGINIA EASTERN | 4 |
| VIRGINIA WESTERN | 3 | 3 | | VIRGINIA WESTERN | 5 |
| WASHINGTON EASTERN | 4 | 4 | | WASHINGTON EASTERN | 3 |
| WASHINGTON WESTERN | 4 | 4 | | WASHINGTON WESTERN | 1 |
| WEST VIRGINIA NORTHERN | 9 | 9 | | WEST VIRGINIA NORTHERN | 6 |
| WEST VIRGINIA SOUTHERN | 3 | 3 | | WEST VIRGINIA SOUTHERN | 1 |
| WISCONSIN EASTERN | 4 | 4 | | WISCONSIN EASTERN | 4 |
| WISCONSIN WESTERN | 0 | 0 | | WISCONSIN WESTERN | 0 |
| WYOMING | 5 | 5 | | WYOMING | 7 |
| TOTAL | 924 | 851 | | TOTAL | 613 |
| | | | | | |
| *Caseload data extracted from the United States Attorneys' Case Management System. | | | | *Caseload data extracted from the United States Attorneys' Case Management System. | |
| **This chart includes data on any and all criminal cases/defendants where 18 U.S.C. 111 was brought as any charge against a defendant. | | | | **This chart includes data on any and all criminal cases/defendants where 18 U.S.C. 111 was brought as any charge against a defendant. | |
| | | | | ***Guilty defendants reflects defendants who were charged with the statute(s) appearing on the chart, and were guilty of at least one statute they were charged with, but not necessarily guilty of the statute(s) appearing on the chart. | |

| | CRIMINAL CASELOAD STATISTICS* <br> JANUARY 6, 2020 THROUGH JANUARY 6, 2022 <br> CHARGE 18 USC 231** <br> DEFENDANTS FILED, CASES FILED | | | CRIMINAL CASELOAD STATISTICS* <br> JANUARY 6, 2020 THROUGH JANUARY 31, 2023 <br> CHARGE 18 USC 231** <br> GUILTY DEFENDANTS*** | |
|---|---|---|---|---|---|
| DISTRICT | DEFENDANTS FILED | CASES FILED | | DISTRICT | GUILTY DEFENDANTS |
| ALABAMA MIDDLE | 0 | 0 | | ALABAMA MIDDLE | 0 |
| ALABAMA NORTHERN | 0 | 0 | | ALABAMA NORTHERN | 0 |
| ALABAMA SOUTHERN | 1 | 1 | | ALABAMA SOUTHERN | 1 |
| ALASKA | 0 | 0 | | ALASKA | 0 |
| ARIZONA | 0 | 0 | | ARIZONA | 0 |
| ARKANSAS EASTERN | 0 | 0 | | ARKANSAS EASTERN | 0 |
| ARKANSAS WESTERN | 0 | 0 | | ARKANSAS WESTERN | 0 |
| CALIFORNIA CENTRAL | 0 | 0 | | CALIFORNIA CENTRAL | 0 |
| CALIFORNIA EASTERN | 0 | 0 | | CALIFORNIA EASTERN | 0 |
| CALIFORNIA NORTHERN | 0 | 0 | | CALIFORNIA NORTHERN | 0 |
| CALIFORNIA SOUTHERN | 0 | 0 | | CALIFORNIA SOUTHERN | 0 |
| COLORADO | 0 | 0 | | COLORADO | 0 |
| CONNECTICUT | 0 | 0 | | CONNECTICUT | 0 |
| DELAWARE | 1 | 1 | | DELAWARE | 1 |
| DISTRICT OF COLUMBIA | 206 | 144 | | DISTRICT OF COLUMBIA | 15 |
| FLORIDA MIDDLE | 0 | 0 | | FLORIDA MIDDLE | 0 |
| FLORIDA NORTHERN | 0 | 0 | | FLORIDA NORTHERN | 0 |
| FLORIDA SOUTHERN | 0 | 0 | | FLORIDA SOUTHERN | 0 |
| GEORGIA MIDDLE | 0 | 0 | | GEORGIA MIDDLE | 0 |
| GEORGIA NORTHERN | 0 | 0 | | GEORGIA NORTHERN | 0 |
| GEORGIA SOUTHERN | 0 | 0 | | GEORGIA SOUTHERN | 0 |
| GUAM | 0 | 0 | | GUAM | 0 |
| HAWAII | 0 | 0 | | HAWAII | 0 |
| IDAHO | 0 | 0 | | IDAHO | 0 |
| ILLINOIS CENTRAL | 0 | 0 | | ILLINOIS CENTRAL | 0 |
| ILLINOIS NORTHERN | 2 | 2 | | ILLINOIS NORTHERN | 2 |
| ILLINOIS SOUTHERN | 0 | 0 | | ILLINOIS SOUTHERN | 0 |
| INDIANA NORTHERN | 0 | 0 | | INDIANA NORTHERN | 0 |
| INDIANA SOUTHERN | 0 | 0 | | INDIANA SOUTHERN | 0 |
| IOWA NORTHERN | 0 | 0 | | IOWA NORTHERN | 0 |
| IOWA SOUTHERN | 0 | 0 | | IOWA SOUTHERN | 0 |
| KANSAS | 0 | 0 | | KANSAS | 0 |
| KENTUCKY EASTERN | 0 | 0 | | KENTUCKY EASTERN | 0 |
| KENTUCKY WESTERN | 1 | 1 | | KENTUCKY WESTERN | 0 |

| | | | | | |
|---|---|---|---|---|---|
| LOUISIANA EASTERN | 0 | 0 | LOUISIANA EASTERN | 0 |
| LOUISIANA MIDDLE | 0 | 0 | LOUISIANA MIDDLE | 0 |
| LOUISIANA WESTERN | 0 | 0 | LOUISIANA WESTERN | 0 |
| MAINE | 0 | 0 | MAINE | 0 |
| MARYLAND | 0 | 0 | MARYLAND | 0 |
| MASSACHUSETTS | 2 | 2 | MASSACHUSETTS | 2 |
| MICHIGAN EASTERN | 0 | 0 | MICHIGAN EASTERN | 0 |
| MICHIGAN WESTERN | 0 | 0 | MICHIGAN WESTERN | 0 |
| MINNESOTA | 1 | 1 | MINNESOTA | 1 |
| MISSISSIPPI NORTHERN | 0 | 0 | MISSISSIPPI NORTHERN | 0 |
| MISSISSIPPI SOUTHERN | 0 | 0 | MISSISSIPPI SOUTHERN | 0 |
| MISSOURI EASTERN | 0 | 0 | MISSOURI EASTERN | 0 |
| MISSOURI WESTERN | 0 | 0 | MISSOURI WESTERN | 0 |
| MONTANA | 0 | 0 | MONTANA | 0 |
| NEBRASKA | 0 | 0 | NEBRASKA | 0 |
| NEVADA | 0 | 0 | NEVADA | 0 |
| NEW HAMPSHIRE | 0 | 0 | NEW HAMPSHIRE | 0 |
| NEW JERSEY | 4 | 4 | NEW JERSEY | 3 |
| NEW MEXICO | 0 | 0 | NEW MEXICO | 0 |
| NEW YORK EASTERN | 6 | 5 | NEW YORK EASTERN | 1 |
| NEW YORK NORTHERN | 0 | 0 | NEW YORK NORTHERN | 0 |
| NEW YORK SOUTHERN | 0 | 0 | NEW YORK SOUTHERN | 0 |
| NEW YORK WESTERN | 2 | 2 | NEW YORK WESTERN | 2 |
| NORTH CAROLINA EASTERN | 0 | 0 | NORTH CAROLINA EASTERN | 0 |
| NORTH CAROLINA MIDDLE | 0 | 0 | NORTH CAROLINA MIDDLE | 0 |
| NORTH CAROLINA WESTERN | 0 | 0 | NORTH CAROLINA WESTERN | 0 |
| NORTH DAKOTA | 3 | 3 | NORTH DAKOTA | 3 |
| NORTHERN MARIANA ISLANDS | 0 | 0 | NORTHERN MARIANA ISLANDS | 0 |
| OHIO NORTHERN | 2 | 1 | OHIO NORTHERN | 0 |
| OHIO SOUTHERN | 0 | 0 | OHIO SOUTHERN | 0 |
| OKLAHOMA EASTERN | 0 | 0 | OKLAHOMA EASTERN | 0 |
| OKLAHOMA NORTHERN | 0 | 0 | OKLAHOMA NORTHERN | 0 |
| OKLAHOMA WESTERN | 0 | 0 | OKLAHOMA WESTERN | 0 |
| OREGON | 19 | 19 | OREGON | 2 |
| PENNSYLVANIA EASTERN | 5 | 2 | PENNSYLVANIA EASTERN | 1 |
| PENNSYLVANIA MIDDLE | 0 | 0 | PENNSYLVANIA MIDDLE | 0 |
| PENNSYLVANIA WESTERN | 9 | 8 | PENNSYLVANIA WESTERN | 9 |
| PUERTO RICO | 0 | 0 | PUERTO RICO | 0 |
| RHODE ISLAND | 0 | 0 | RHODE ISLAND | 0 |
| SOUTH CAROLINA | 2 | 2 | SOUTH CAROLINA | 2 |
| SOUTH DAKOTA | 0 | 0 | SOUTH DAKOTA | 0 |
| TENNESSEE EASTERN | 0 | 0 | TENNESSEE EASTERN | 0 |

| | | | | | |
|---|---|---|---|---|---|
| TENNESSEE MIDDLE | 0 | 0 | | TENNESSEE MIDDLE | 0 |
| TENNESSEE WESTERN | 0 | 0 | | TENNESSEE WESTERN | 0 |
| TEXAS EASTERN | 0 | 0 | | TEXAS EASTERN | 0 |
| TEXAS NORTHERN | 0 | 0 | | TEXAS NORTHERN | 0 |
| TEXAS SOUTHERN | 1 | 1 | | TEXAS SOUTHERN | 0 |
| TEXAS WESTERN | 0 | 0 | | TEXAS WESTERN | 0 |
| UTAH | 0 | 0 | | UTAH | 0 |
| VERMONT | 0 | 0 | | VERMONT | 0 |
| VIRGIN ISLANDS | 0 | 0 | | VIRGIN ISLANDS | 0 |
| VIRGINIA EASTERN | 0 | 0 | | VIRGINIA EASTERN | 0 |
| VIRGINIA WESTERN | 0 | 0 | | VIRGINIA WESTERN | 0 |
| WASHINGTON EASTERN | 0 | 0 | | WASHINGTON EASTERN | 0 |
| WASHINGTON WESTERN | 1 | 1 | | WASHINGTON WESTERN | 1 |
| WEST VIRGINIA NORTHERN | 0 | 0 | | WEST VIRGINIA NORTHERN | 0 |
| WEST VIRGINIA SOUTHERN | 0 | 0 | | WEST VIRGINIA SOUTHERN | 0 |
| WISCONSIN EASTERN | 1 | 1 | | WISCONSIN EASTERN | 0 |
| WISCONSIN WESTERN | 0 | 0 | | WISCONSIN WESTERN | 0 |
| WYOMING | 0 | 0 | | WYOMING | 0 |
| **TOTAL** | **269** | **201** | | **TOTAL** | **46** |
| | | | | | |
| *Caseload data extracted from the United States Attorneys' Case Management System. | | | | *Caseload data extracted from the United States Attorneys' Case Management System. | |
| **This chart includes data on any and all criminal cases/defendants where 18 U.S.C. 231 was brought as any charge against a defendant. | | | | **This chart includes data on any and all criminal cases/defendants where 18 U.S.C. 231 was brought as any charge against a defendant. | |
| | | | | ***Guilty defendants reflects defendants who were charged with the statute(s) appearing on the chart, and were guilty of at least one statute they were charged with, but not necessarily guilty of the statute(s) appearing on the chart. | |

| | CRIMINAL CASELOAD STATISTICS* | | |
| | JANUARY 6, 2020 THROUGH JANUARY 31, 2023 | | |
| | 18 USC 111 OR 18 USC 231** | | |
| | DEFENDANTS FILED, CASES FILED, GUILTY DEFENDANTS*** | | |
| DISTRICT | DEFENDANTS FILED | CASES FILED | GUILTY DEFENDANTS |
|---|---|---|---|
| ALABAMA MIDDLE | 1 | 1 | 1 |
| ALABAMA NORTHERN | 3 | 3 | 2 |
| ALABAMA SOUTHERN | 3 | 3 | 3 |
| ALASKA | 1 | 1 | 1 |
| ARIZONA | 77 | 76 | 38 |
| ARKANSAS EASTERN | 5 | 5 | 2 |
| ARKANSAS WESTERN | 2 | 2 | 2 |
| CALIFORNIA CENTRAL | 25 | 25 | 11 |
| CALIFORNIA EASTERN | 4 | 4 | 0 |
| CALIFORNIA NORTHERN | 2 | 2 | 0 |
| CALIFORNIA SOUTHERN | 125 | 122 | 81 |
| COLORADO | 17 | 17 | 11 |
| CONNECTICUT | 4 | 4 | 2 |
| DELAWARE | 1 | 1 | 1 |
| DISTRICT OF COLUMBIA | 291 | 208 | 21 |
| FLORIDA MIDDLE | 13 | 13 | 7 |
| FLORIDA NORTHERN | 2 | 2 | 2 |
| FLORIDA SOUTHERN | 16 | 16 | 5 |
| GEORGIA MIDDLE | 2 | 1 | 0 |
| GEORGIA NORTHERN | 19 | 16 | 4 |
| GEORGIA SOUTHERN | 11 | 9 | 6 |
| GUAM | 0 | 0 | 0 |
| HAWAII | 6 | 6 | 1 |
| IDAHO | 7 | 6 | 4 |
| ILLINOIS CENTRAL | 2 | 2 | 1 |
| ILLINOIS NORTHERN | 9 | 9 | 2 |
| ILLINOIS SOUTHERN | 3 | 3 | 2 |
| INDIANA NORTHERN | 1 | 1 | 0 |
| INDIANA SOUTHERN | 1 | 1 | 0 |
| IOWA NORTHERN | 0 | 0 | 0 |
| IOWA SOUTHERN | 5 | 5 | 5 |
| KANSAS | 16 | 12 | 6 |
| KENTUCKY EASTERN | 10 | 10 | 6 |
| KENTUCKY WESTERN | 6 | 6 | 1 |

| | | | |
|---|---|---|---|
| LOUISIANA EASTERN | 3 | 3 | 0 |
| LOUISIANA MIDDLE | 3 | 3 | 0 |
| LOUISIANA WESTERN | 5 | 5 | 3 |
| MAINE | 6 | 6 | 2 |
| MARYLAND | 5 | 5 | 2 |
| MASSACHUSETTS | 4 | 4 | 2 |
| MICHIGAN EASTERN | 8 | 8 | 3 |
| MICHIGAN WESTERN | 9 | 8 | 6 |
| MINNESOTA | 8 | 8 | 5 |
| MISSISSIPPI NORTHERN | 5 | 5 | 3 |
| MISSISSIPPI SOUTHERN | 14 | 14 | 8 |
| MISSOURI EASTERN | 17 | 16 | 8 |
| MISSOURI WESTERN | 8 | 8 | 6 |
| MONTANA | 5 | 3 | 3 |
| NEBRASKA | 19 | 16 | 12 |
| NEVADA | 10 | 9 | 2 |
| NEW HAMPSHIRE | 1 | 1 | 0 |
| NEW JERSEY | 15 | 15 | 5 |
| NEW MEXICO | 58 | 53 | 26 |
| NEW YORK EASTERN | 12 | 11 | 2 |
| NEW YORK NORTHERN | 5 | 5 | 4 |
| NEW YORK SOUTHERN | 8 | 8 | 1 |
| NEW YORK WESTERN | 8 | 8 | 3 |
| NORTH CAROLINA EASTERN | 10 | 9 | 3 |
| NORTH CAROLINA MIDDLE | 2 | 2 | 0 |
| NORTH CAROLINA WESTERN | 6 | 6 | 3 |
| NORTH DAKOTA | 21 | 21 | 14 |
| NORTHERN MARIANA ISLANDS | 1 | 1 | 0 |
| OHIO NORTHERN | 24 | 22 | 11 |
| OHIO SOUTHERN | 8 | 8 | 4 |
| OKLAHOMA EASTERN | 10 | 2 | 6 |
| OKLAHOMA NORTHERN | 2 | 2 | 1 |
| OKLAHOMA WESTERN | 10 | 10 | 4 |
| OREGON | 57 | 57 | 9 |
| PENNSYLVANIA EASTERN | 16 | 13 | 5 |
| PENNSYLVANIA MIDDLE | 7 | 7 | 4 |
| PENNSYLVANIA WESTERN | 12 | 11 | 10 |
| PUERTO RICO | 18 | 13 | 7 |
| RHODE ISLAND | 3 | 2 | 0 |
| SOUTH CAROLINA | 6 | 6 | 2 |
| SOUTH DAKOTA | 78 | 73 | 52 |
| TENNESSEE EASTERN | 4 | 4 | 1 |

| | | | |
|---|---|---|---|
| TENNESSEE MIDDLE | 3 | 2 | 0 |
| TENNESSEE WESTERN | 16 | 15 | 11 |
| TEXAS EASTERN | 8 | 7 | 5 |
| TEXAS NORTHERN | 13 | 13 | 9 |
| TEXAS SOUTHERN | 109 | 99 | 66 |
| TEXAS WESTERN | 90 | 84 | 47 |
| UTAH | 16 | 16 | 5 |
| VERMONT | 4 | 4 | 2 |
| VIRGIN ISLANDS | 3 | 1 | 0 |
| VIRGINIA EASTERN | 6 | 6 | 4 |
| VIRGINIA WESTERN | 6 | 6 | 5 |
| WASHINGTON EASTERN | 7 | 5 | 3 |
| WASHINGTON WESTERN | 6 | 6 | 2 |
| WEST VIRGINIA NORTHERN | 10 | 10 | 6 |
| WEST VIRGINIA SOUTHERN | 4 | 4 | 1 |
| WISCONSIN EASTERN | 7 | 7 | 4 |
| WISCONSIN WESTERN | 0 | 0 | 0 |
| WYOMING | 9 | 9 | 7 |
| **TOTAL** | **1,538** | **1,377** | **647** |
| | | | |
| *Caseload data extracted from the United States Attorneys' Case Management System. | | | |
| **This chart includes data on any and all criminal cases/defendants where 18 U.S.C. 111 or 18 U.S.C. 231 was brought as any charge against a defendant. The 18 USC 111/231 stats include a deduplicated count of all defendants charged with either 111 or 231. | | | |
| ***Guilty defendants reflects defendants who were charged with the statute(s) appearing on the chart, and were guilty of at least one statute they were charged with, but not necessarily guilty of the statute(s) appearing on the chart. | | | |