UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that TRISTAN CHANDLER STEVENS, above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Sentence entered in this cause on the 16th day of March 2023.

DATED this 29th day of March 2023.

                                        */s/ Lauren Cobb*
                                        LAUREN COBB
                                        Florida Bar No. 52022
                                        Attorney for Defendant
                                        3 W. Garden Street, Ste. 200
                                        Pensacola, FL 32502
                                        (850) 432-1418
                                        Lauren_Cobb@fd.org