# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
  **Plaintiff/Appellee,**
vs.               **CASE NO. 21-CR-40/TNM**

**TRISTAN CHANDLER STEVENS,**
  **Defendant/Appellant.**
_____/

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned attorney, MEGAN SAILLANT, and gives notice that she will be counsel for the defendant in the above-styled case for purposes of appeal.

RESPECTFULLY SUBMITTED this 3rd day of April, 2023.

            JOSEPH F. DEBELDER
            FEDERAL PUBLIC DEFENDER

            *s/ Megan Saillant*
            MEGAN SAILLANT
            Assistant Federal Public Defender
            Florida Bar No. 0042092
            101 S. E. 2nd Place, Suite 112
            Gainesville, FL 32601
            Megan_Saillant@fd.org
            (352) 373-5823