# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3046**                                                  **September Term, 2023**

                                                                 **1:21-cr-00040-TNM-2**

                                                                 **Filed On: August 20, 2024** [2070956]

United States of America,

    Appellee

  v.

Tristan Chandler Stevens,

    Appellant

## M A N D A T E

In accordance with the judgment of June 28, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                      BY:   /s/
                                                Daniel J. Reidy
                                                Deputy Clerk

Link to the judgment filed June 28, 2024