# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 23-3046             September Term, 2023
FILED ON: JUNE 28, 2024

UNITED STATES OF AMERICA,
        APPELLEE

v.

TRISTAN CHANDLER STEVENS,
        APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00040-2)

Before: HENDERSON, MILLETT and PILLARD, *Circuit Judges*

## **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                                         FOR THE COURT:
                                                         Mark J. Langer, Clerk

                                    BY:    /s/

                                                         Daniel J. Reidy
                                                         Deputy Clerk

Date: June 28, 2024

Opinion for the court filed by Circuit Judge Henderson.